# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In      Debtor(s)
Re:    **Shawn Tamar Payne**
      7929 Village Pass
      Fairburn, GA 30213

      **xxx–xx–0322**

      **Jacqueline Denise Williams–Payne**
      7929 Village Pass
      Fairburn, GA 30213

      **xxx–xx–3976**

Case No.:  **18–56121–sms**
Chapter:  **13**
Judge:  **Sage M. Sigler**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

**December 1, 2020** at **10:00 AM** in **Courtroom 1201, Atlanta** to consider and act upon the following:

Debtors' Attorney Application for Additional Compensation (Docket No. 61)

       Given the current public health crisis, hearings may be telephonic only. Please check the Important Information Regarding Court Operations During COVID–19 Outbreak tab at the top of the GANB Website (www.ganb.uscourts.gov) prior to the hearing for instructions on whether to appear in person or by phone.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

_____

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: November 17, 2020

Form 165