**IT IS ORDERED as set forth below:**

**Date: December 7, 2020**

Sage M. Sigler
U.S. Bankruptcy Court Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                                    : CASE NO. *18-56121*
                                                                          :
SHAWN TAMAR PAYNE AND                                                     :
JACQUELINE DENISE WILLIAMS-PAYNE                                          :
                                                                          :
                                                                          : CHAPTER 13
                                                                          :
Debtors.                                                                  : JUDGE SIGLER

ORDER GRANTING COUNSEL'S
APPLICATION FOR ATTORNEY'S FEES

Before the Court is an application by attorney Jonathan Ginsberg for seven hundred fifty ($750) dollars in attorney's fees for services performed on behalf of debtors Shawn Tamar Payne and Jacqueline Denise Williams-Payne in the above styled Chapter 13 case (Docket 61).

Counsel is requesting fees for his work from August, 2019 through November 12, 2020 in preparing and filing a motion to incur outside loan, appearing at a hearing on this motion, then filing a second motion to request disbursement from the trustee.

Notice of the opportunity to object and for hearing was provided pursuant to the procedures set forth in General Order 24-2018. No objection to counsel's application for fees was filed by the Chapter 13 trustee or any other interested party in this case prior to the objection deadline. A hearing on Counsel's fee application was scheduled for Tuesday, December 1, 2020. At the call of the calendar, no party in interest voiced any objection.

It is hereby ORDERED that debtor's counsel's fee application is GRANTED. The Chapter 13 trustee is directed to disburse an additional $750.00 to debtor's counsel pursuant to the terms of the debtors' confirmed Chapter 13 plan.

END OF DOCUMENT

[END OF DOCUMENT]

This Order prepared by:

/s/
Jonathan C. Ginsberg

Georgia Bar No. 295690
Ginsberg Law Offices, P.C.
1854 Independence Square
Atlanta, GA 30338
p: 770-393-4985
f: 770-393-0240
e: ginsbergecf@gmail.com

No opposition:

/s
Albert C. Guthrie (signed with express permission)
Georgia Bar No. 142399
Office of Chapter 13 Trustee
Mary Ida Townson
285 Peachtree Center Ave.
Suite 1600
Atlanta, GA 30303
p: 404-525-1110
e: albertg@atlch13tt.com

Distribution List

The Clerk shall serve all parties on the mailing matrix.